STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. VINCENT DI MODICA, DEFENDANT-PETITIONER.

See same case below: 73 *N. J. Super.* 1.

*Mr. Frederick Klaessig* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. C. William Caruso* for the respondent.

May 28, 1962. Granted.

HILLER & SKOGLUND, INC., PLAINTIFF-PETITIONER, v. ATLANTIC CREOSOTING COMPANY, INC., DEFENDANT-RESPONDENT.

See same case below: 73 *N. J. Super.* 225.

*Messrs. Back & Nussman* for the petitioner.

*Mr. Ira D. Dorian* for the respondent.

May 28, 1962. Granted.